IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHYANNE CHAVEZ, individually and as
Personal Representative of the ESTATE OF
JOHN T. CHAVEZ,

      Plaintiff,

  -vs-                                                No. Civ. 16- 0986-LH/GBW

AMERICAN FAMILY LIFE ASSURANCE COMPANY
OF COLUMBUS (AFLAC),

      Defendant.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal with Prejudice entered contemporaneously, which dismissed with prejudice the Complaint and all causes of action stated therein or which could have been stated therein, this Final Judgment adjudicates all existing claims and liabilities of the parties,

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

                                                                  _____
                                                             SENIOR UNITED STATES DISTRICT JUDGE